AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Guzman, Ronald A | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>06/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 S. Dearborn St.<br>Chambers 1278<br>Chicago, Il 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 17 A 10: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 06/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | College of DuPage |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 06/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Club privileges at a rate reduced from full membership. | $ 1000.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 06/15/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third | A | Interest | J | T | Closed | | | | |
| 2. Franklin Federal Tax Free Inc. Fund | A | Interest | J | T | None | | | | |
| 3. Walgreen Co. Common Stock | A | Dividend | K | T | Sold | 2/20 | J | C | |
| 4. MSDW Div. Grth Securities A | A | Dividend | J | T | Sold | 4/13 | J | C | |
| 5. MSDW Div. Grth Securities A ⬤ | A | Dividend | J | T | Sold | 4/13 | J | C | |
| 6. Tellabs Inc. Delaware | | | J | T | Sold | 4/13 | J | B | |
| 7. American Capital Income Builder Mutual Stock Fund ⬤ | A | Dividend | J | T | None | | | | |
| 8. Utilities Fund A ⬤ | A | Dividend | J | T | merger purch | 12/8 | J | | |
| 9. American Opportunities Fund A | A | Dividend | | | sell | 4/13 | J | C | |
| 10. MS Div Grwth Securities A | A | Dividend | J | T | sell | 4/13 | J | C | |
| 11. MSDW Money Market | A | Interest | J | T | Closed | | | | |
| 12. MSDW American Opportunites Fund A&B ⬤ | A | Dividend | | | sell | 4/13 | J | C | |
| 13. Focus Growth Fund A ⬤ | A | Dividend | J | T | sell | 4/13 | J | C | |
| 14. Focus Growth Fund B ⬤ | A | Dividend | J | T | sell | 4/13 | J | C | |
| 15. Alcatel-Lucent ⬤ | A | Dividend | J | T | Sell | 4/13 | J | C | |
| 16. Agere Sys Inc. ⬤ | A | Dividend | J | T | Sell | 4/13 | J | C | |
| 17. CBS Corp New Class B | A | Dividend | J | T | Sell | 4/13 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 06/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Viacom Inc. New Class B | A | Dividend | J | T | Sell | 4/13 | J | C | |
| 19. MSDW Money Market ● | A | Interest | J | T | Closed | 4/13 | | | |
| 20. Van Kampen Comstock Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 21. Van Kampen Corp Bond Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 22. Van Kampen Mid Cap Grth Fnd Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 23. Van Kampen Equity Inc Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 24. Van Kampen Int Grth Fund Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 25. Van Kampen Amer Value Class B ● | A | Dividend | J | T | Buy | 4/13 | J | | |
| 26. Fidelity Advisor Small Cap A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 27. Fidelity Advisor Mid Cap II A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 28. Fidelity Advisor High Inc Advt Class A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 29. Fidelity Advisor Diversified Intl A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 30. Fidelity Advisor Emerging Mkts Inc. A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 31. Fidelity Advisor Strategic Div & Inc A | A | Dividend | J | T | Buy | 4/13 | J | | |
| 32. JP Morgan Liquid Asset Fund | A | Int./Div. | J | T | Opened | 4/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guzman, Ronald A | 06/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In April we sold/rolled over our IRA investments through Morgan Stanley into the listed new IRA investments in Van Kampen and Fidelity Advising. This accounts for the large number of transactions on the same days.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544